252 So.2d 667

**Lewis B. KROUSE**

v.

**PARNELL, INCORPORATED, et al.**

No. 51627.

Oct. 1, 1971.

In re: Parnell, Incorporated, et al applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 248 So.2d 854; 250 So.2d 430.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

252 So.2d 667

**Mrs. Leona HOWARD et al.**

v.

**HARDWARE MUTUAL CASUALTY INSURANCE COMPANY et al.**

No. 51653.

Oct. 1, 1971.

In re: Mrs. Leona Howard, Individually and on behalf of the minor child, Sharon Faye Howard, applying for certiorari, or

writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So.2d 642.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.